No. 494. W. H. HILL Co. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Robert P. Smith* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *Norman D. Keller* for respondent.

No. 496. NAVIGAZIONE GENERALE ITALIANA *v.* ELTING, COLLECTOR OF CUSTOMS. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Cletus Keating, Delbert M. Tibbetts,* and *Gaspare M. Cusumano* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. W. S. Ward* and *H. Brian Holland* for respondent.

No. 497. TRANSATLANTICA ITALIANA *v.* ELTING, COLLECTOR OF CUSTOMS. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Cletus Keating, Delbert M. Tibbetts,* and *Gaspare M. Cusumano* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. W. S. Ward* and *H. Brian Holland* for respondent.

No. 500. PINE *v.* COLUMBIAN NATIONAL LIFE INS. Co. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Irving Lemov* for petitioner. *Mr. Eli J. Blair* for respondent.